UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODWAN SABOW, | CASE NO. C16-0111-JCC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| AMERICAN SEAFOODS COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Ninth Circuit's Memorandum (Dkt. No. 48) and Mandate (Dkt. No. 50). On appeal, Defendant challenged this Court's grant of Plaintiff's motion to compel maintenance; Plaintiff cross-appealed the Court's denial of attorney fees. (*See* Dkt. No. 48 at 2.) The Circuit Court affirmed in part, reversed in part, and remanded. (*Id.* at 5.) It concluded that this Court "erred in denying [Defendant's] request to enforce its contract with [Plaintiff] regarding an advance payment." (*Id.*) On remand, the Circuit Court directed this Court to consider whether the parties "have settled this offset claim in a manner rendering it moot." (*Id.* at n. 1.)

The Court accordingly ORDERS the parties to submit briefing on this question. Each party shall submit a brief of no more than twelve (12) pages by August 31, 2018.

1    DATED this 17th day of July 2018.

2                                        William M. McCool
                                         Clerk of Court
3

4                                        s/Tomas Hernandez
                                         Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26